**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JERRY PAUL MELVARD** **PETITIONER**
**ADC #183868**

**v.** **Case No: 4:26-cv-00072-LPR**

**DEXTER PAYNE** **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 13) and Petitioner's Objections (Doc. 14). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED with prejudice. A certificate of appealability will not issue. The Clerk is instructed to close this case.

IT IS SO ORDERED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] In his Objections, Petitioner points the Court to discrepancies in certain dates referenced in the RD. *See* Doc. 14 at 2. The Court recognizes that Petitioner pled guilty to his state court charges on October 24, 2023, and that the judgment was filed on the state court docket the following day. *Id.* at 22–25. Additionally, it appears that Petitioner's state habeas petition was filed on February 6, 2026, which was seventeen (not four) days after the instant federal Petition was filed. *See* Doc. 9-8. The Court therefore adopts the RD as amended consistent with these dates. That said, the changes to these dates do not affect the correctness of the RD's analysis or conclusions in any way.